*FILED ON DEMAND*    *FILED*

*FEE PAID*

Affiant: *dent-bey: ramon:*, de jure
*In personne physique* in full life
*attorney-in-fact* of entity RAMON DENT
All rights reserved
c/o 701 Redondo Beach Boulevard Suite 1012
Gardena, California (republic)
Non-domestic/non-resident/non-subject
Attorneys for Respondent

2023 SEP 27  AM 11: 39

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___ EEE

## THE UNITED STATES SUPREME COURT

*Deposited in the intake office of*
**CENTRAL DISTRICT COURT OF LOS ANGELES, CALIFORNIA**
**REQUIRED DE JURE JURISDICTION OF WE THE PEOPLE**

*2:23-MC-00134-UA*

| | |
|---|---|
| RAMON DENT<br><br>**Petitioner**<br><br>v.<br><br>CALIFORNIA TD SPECIALIST, CDEF INVESTMENT LLC with WANYAO XUAN, GUOJUN XUAN; PEGGY CHEUNG, PC FUNDING INCORPORATED dba PC FUNDING INC; PC FUNDING LLC; Brewster Johnson, PEER STREET FUNDING LLC *aka* PEER STREET FUNDING INC affiliated ("PeerStreet"); Michael C. Earley et al #188290; and the INGLEWOOD SHERIFF DEPARTMENT,  ALL PERSON'S UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PETITIONER'S TITLE, OR ANY CLOUD UPON PETITIONER'S TITLE THERETO; and DOES 1 through 50, inclusive,<br><br>**Respondent(s).**<br><br>*dent-bey: ramon:* real part of interest of Dent Estate as beneficial heir; a *de jure, in propria personne' physique* (attorney-in-fact) for entity RAMON DENT and the united states of America, Internal Revenue Service, Security Exchange Commission, Department of Justice… and other governmental entities<br><br>**Real Parties of Interest.** | CASE NO.:<br><br>**VERIFIED COMPLAINT FOR QUIET TITLE due to WRONGFUL FORECLOSURE by FRAUD IN THE CONCEALMENT, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, AND RECISSION**<br><br>By Affidavit<br><br><br>(*Unlimited Civil Complaint –*<br><br>Amount Demanded Exceeds $25,000 to be heard in chambers due to the finding of information and status)<br><br><br><br>Jury trial by "We The People" |





COMES NOW the Petitioner, ("ROMAN DENT"), Petitioner by *dent-bey: roman:* affiant (attorney-in-fact), complaining of the Respondents as named above and detailed below, and each of them in their individual capacity, alleges herein under oath and affirmed before god the matters before you are the truth the whole truth and nothing but the truth, as follows:

### INTRODUCTION

1. This action seeks:

    a. to quiet title to the private land, where the parties pursued a lien and not the property.

    b. to disclose wrongful foreclosure where the debt was settled in full and not disclosed.

    c. an order granting rescission of Unlawful Detainer and return of private land.

### I. THE REAL PROPERTY

2. The subject of this action is certain real property comprising [Private Land] of Los Angeles, California (*de jure*). *Affiant hereby claim as a declared homestead the premises described as follows:*

    a. **Land:** *210 West 96th Street, Los Angeles, California verified by:* Fidelity National Title Company *nun pro tunc: 12th day of February 2020 at 8:00 am* more particularly described by Schedule **A**, Insurance Policy Fee Simple, and my interest in Land by Preliminary Title Report Schedule **A** with **Exhibit A:** A full description of the land *as Attachment A* Registered Description:

### PARTIES

### RESPONDENTS'

3. Respondent CALIFORNIA TD SPECIALIST ("**CTDS**") in California File#3521747 at 8180 E. Kaiser Boulevard, Anaheim Hills, California 92808; **3-A**: Timothey D. Griffith ("**TDG**") CFO same address.

4. Respondent CDEF INVESTMENT LLC ("**CDEF**") in California File #202123810735 at 10505 Valley Boulevard, Suite 348, and Suite 346 in El Monte, California 91731 United States agent for service; **4-A**: WANYAO XUAN ("**WX**") and **4-B**: GUOJUN XUAN ("**GX**")

1. Peggy Cheung ("**PC**") incorporator for **5-A**: PC FUNDING INCORPORATED dba PC FUNDING INC ("**PCF**") CA#2185800 ("Respondent") at 6131 Orangethorpe Ave, Suite 400I. Buena Park, CA 90620. *aka* **5-B**: PC FUNDING LLC ("**PCF**") ("Respondent") at 6131 Orangethorpe Ave Ste 400I, Buena Park, CA 90620 *aka* **5-C**: Brewster Johnson CEO for **5-D**: PEER STREET FUNDING LLC ("**PSF**")- CA#201426210001 ("Respondent") at 2121 Park Place, Suite 250, El Segundo, California 90245 who Filed Chapter 11 on 2023-06-26 *aka* **5-E**:PEER STREET FUNDING INC ("**PSF**") (not registered a registered entity) ("Respondent") at 2121 Park Place, Suite 250, El Segundo, California 90245 and its affiliated companies ("PeerStreet") Filed Chapter 11 on 2023-06-27.





2. Michael C. Earley ("**MCE**") et al #188290 a registered attorney at 3941 Mason St., Suite 4, San Diego, CA 92110 and with Earle & Associates, Av. Division del Norte 421-701, *Ciudad de Mexico*, CP 03100, MEXICO Phone: 192919270  Fax: 6192370109  Email: intake@fastevict.com

3. THE INGLEWOOD SHERIFF DEPARTMENT ("**ISD**") – (*names will be disclosed*) at 211 West Temple Street · Los Angeles, California

## PETITIONER

4. RAMON DENT is a registered entity named in the Unlawful Detainer, and a ministry not the real party of interest.

## REAL PARTIES OF INTEREST

5. *dent-bey: ramon:* a real part of interest of the Dent Estate as beneficial heir; a *de jure*, *in propria personne' physique* (*attorney-in-fact*) for entity RAMON DENT.

6. the united states of America

7. Internal Revenue Service

8. Security Exchange Commission

9. Department of Justice

WHEREBY, *Affiant* requests quiet title due to wrongful foreclosure, as acknowledged at EX PARTE Hearing 2023-09-12 at STANLEY MOSK COURTSHOUSE, where he stated he could not recall writ, because the named Respondents had taken possession, Where the DENT ministry is the true owner of record since the acquisition of the Property in question.

10. The Respondents named herein as "ALL persons unknown, claiming any Legal or Equitable Right, Title, Estate, Lien, Or Interest In The Property Described In The Complaint Adverse To Respondent's Title, Or Any Cloud Upon Respondent's Title Thereto" (the "Unknown Respondents") (collectively with Respondent, the "Respondents") are unknown to Respondent. Respondent is informed and believes, and on that basis alleges, that the Unknown Respondents, and each of them, claim some right, title, estate, lien, or interest in the real property and real property interests that are averse to Respondent's property interests at issue in this action.

11. Petitioner does not know the true names and capacities of the Respondents sued as Does 1 through 50, inclusive, and therefore sues these Respondents by such fictitious names. Upon information and belief, Petitioner may have granted interests in the Property and/or soon will grant such ownership interests. Petitioner does not currently know the true names and capacities of those who may claim an ownership





interest in the Property, but Petitioner will amend the complaint to add the true names and capacities of these Respondents when they are ascertained.

12. Petitioner does not know the true names and findings show unlawful acts of fraud upon the Unlawful Detainer Courts, who pursue homeowners with a faulty Trustee's deed upon sale.

## JURISDICTION

13. This Court has jurisdiction over this matter because the amount in question exceeds the jurisdictional minimum $25,000.00 for this Court.

## VENUE

14. Venue is proper in this Court because the real property that is the subject of this action is located on the land of Los Angles, in California under a private ministry. Where all the debt was settled in full.

## ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF
### Under oath by Exculpatory Evidence

15. This case involves **EXCULPATORY EVIDENCE IN SUPPORT** to Quiet Title due to Wrongful Foreclosure by use of faulty TRUSTEES DEED UPON SALE and a FAULTY WRIT OF EXCUTION (*wrong case #*) are both **Fraud in the inducement**.

   a. **FACT**: Because fraud negates the "meeting of the minds" required of a contract, the injured party can seek damages or terminate the contract.
      i. The Petitioner moves the court to Quiet Title due to Wrongful Foreclosure by **Fraud in the inducement** which will be more detailed below.

The undersigned makes oath and affirms before god the facts documented by exculpatory evidence to be viewed in **Chambers**:

16. I am over the age of eighteen and a victim of a wrongful foreclosure and move the Quiet Title.

17. I am the *attorney-in-fact* for the named Petitioner RAMON DENT, as the Affiant, in this action.

   a. Affiant pursued the attorney of the Unlawful Detainer action in private. The matter was moved to the District Court.

   b. In the Unlawful Detainer Affiant was never served a summons and complaint by a process server, nor were there any form of posting, nor personal service. THE STANLEY MOSK COURTHOUSE Clerk issued notice by mail, which is not proper service (*unless they are documenting they had a personal interest*).





c. My **Consulate in Nevada**, responded to the matter by a *writ of quo warranto*, as a New Claim with RAMON DENT as the Petitioner and **CDEF** as the Respondent, where the UNLAWFUL DETAINER was moved to the District Court by an injunction, due to my status in common law as a *de jure* outside the jurisdiction of the de facto courts.

Because of our mistake, inclusive of the Respondents mistakes', and the Sheriff mistake to pursue with the wrong case number, all are excusable neglect:

18. Affiant had no knowledge the matter was moved back to the STANLEY MOSK COURTHOUSE ≡ Unlawful Detainer Court, due to the fact that RAMON DENT was listed as a plaintiff, and the Court ruling stated that RAMON DENT had to be listed as defendant, in order to move the matter to the District Court, which was a honest mistake, and excusable neglect/or lack of knowledge of the party(s). Thereby the **ISD** detained my land by use of a faulty instrument, which did not contain the proper case number, and took possession unlawfully. This action has caused an **Intentional Infliction of Emotional Distress**, placed myself and my family, where the **ISD** had knowledge they had the wrong case number and continued with the unlawful removal. Which should have been a ground of said WRIT OF EXECTION to cease that day, but they choose to continue, resulting in a wrongful eviction, due to the Courts mistake, a surprise, inadvertence, and also an excusable neglect, which was unlawfully continued with "Knowledge" by **fraud in the inducement** (*a faulty contract*) the **ISD**, which affiant can consider as *breaking and entering* without a warrant, or good cause.

19. Said Ex Parte Motion was based upon a notice, the pleadings, Affidavit with Exculpatory evidence and filed in the attached Memorandum of Points an Authorities, oral, and documentary evidence that was presented at the hearing, based on Respondents failure to disclose exculpatory evidence for an on the record, withholding evidence is a crime.

a. Whereby the Courts rules and procedures specifies the procedure by which a party may apply to the court for relief from a default entered which includes a judgment issued, through a mistake, inadvertence, surprise, or excusable neglect of the party. It also empowers the court to set aside any default judgment and the writ of execution issued, which in findings was issued by an incorrect case number, is void as a matter of law. The court ruled because they had taken possession, he could not reverse the writ, which now involves the court apart of the use of Fraud.

20. The Respondents failed to disclose "exculpatory evidence" now documented on this court record as follows:





a. The alleged purchase by the Respondents was based on <u>a lien</u> in the amount of $649,000.00 (***six hundred and forty-nine thousand***), **not** qualified as an **Unlawful Detainer**: under $10,000.00 (***ten thousand***), and **not** the property, verified by **CTDS** as the allege substituted trustee, who issued the 'NOTICE OF TRUSTEE'S SALE,' view page 3, accepted and acknowledged/claimed and now a registered security instrument# RE 096 131 588 US of The DENT Estate, documented and attached as ***Attachment B*** .

   i. Which said substituted Trustee failed to disclose that the Lender **PCF**

b. the 'TRUSTEE'S DEED UPON SALE,' documented on the court docket is a faulty record, where it states **CDEF** has purchased the property, by documenting the property description and fails to document the lien, information which was purchased 'ONLY.' THEREBY renders this TRUSTEE'S DEED UPON SALE, a securities fraud, and fraud upon the court. ***Attachment C***

c. The original lender **PCF** is actually **PSF**, now **PSF** INC is now an LLC, who is currently being pursued for Securities fraud where this alleged LIEN, is under investigation. THEREBY the STANLEY MOSK COURTHOUSE ≡ Unlawful Detainer Court had no jurisdiction, which validates a Wrongful Foreclosure and my right to Quiet the Title.

d. **FACT**: In Good faith the Lien full amount of $649,000.00 (*six hundred and forty-nine thousand*) was tendered payment, said security instrument claimed and as of this date documented and insured as a new security instrument of DENT Estate, and all debt was cancelled by Form 1099C as of February 9, 2022.. $649,000.00 under the process of the Internal Revenue Service.

   i. Which now makes the U.S. Department of Treasury, The Secretary of the State of California, The Internal Revenue Service, The Security Exchange Commission, the Federal Reserve System, and the united states of America '**Real Parties of Interest**' for and on the record. Which now brings up subject matter jurisdiction on a federal level. Whereby a **TORT** claim is proper. The STANLEY MOSK COURTHOUSE ≡ Unlawful Detainer Court was moved to Recall the Judgment, **Void** the Writ of Execution and Return the property to the Dent Estate, where the **ISD** has pursued with a 'FAULTY WRIT' with the wrong case number, renders their action invalid, and **IS** a crime (with knowledge).

21. My intention is to operate in good faith in Chambers and provide the court an opportunity to resolve this matter properly and honor my request issued in good faith, where this court has knowledge, there was no answer filed in





this court, due the fac there was no form of service by the named plaintiff, who is now a part of securities fraud, reported as of this date to the proper authorities with the added fact of mortgage fraud.

a.  **CDEF** is required to provide to the court and declaration documented under penalty of perjury that they DID NOT RECEIVE NOTICE they were **bidding on a lien**, and **NOT** the property. Failure to comply upon the date of the hearing 2023-09-12 at 8:30am, the matter was to be Vacated, which validates a faulty claim before this court on the record, but the court is now liable by **fraud in the inducement**, due to the knowledge the parties pursue with a faulty claim, faulty warrant, and took possession anyway, which has caused **Intentional Infliction of Emotional Distress** of myself and my family. THEREFORE, affiant seeks Declaratory Relief due to Slander of Title, and continued violations of law.

b.  The Respondents where required by LAW to show what property was sold and purchased. The TRUSTEES DEED UPON SALE is a faulty document due to FRAUD, and liable for Tort Damages.

    i.  The Summons has been bonded and secured as private trust property

    ii.  The Court Document for this matter has been bonded and secured as private trust property

    iii.  The Note, Security Instrument, and debt claims have been satisfied and all credit companies will be required to update their records, whereby the claim of $649,000.00 was settled in full.

    iv.  All exculpatory evidence to support claims are private and will be provided to the court for viewing upon said court date 2023-09-12 at 8:30am.

    v.  By mutual agreement for by acquisitions an Allodial Compensation Invoice was given prior to the STANLEY MOSK COURTHOUSE ≡ Unlawful Detainer Court, page 9-10 of Invoice attached for agreed damages sum certain $3,002,000.00 (three million two thousand dollars) due by **CDEF**. **Attachment B**

c.  The findings the named Affiant, has fully satisfied the Judgment, and the judgment had been fully satisfied. An order to RECALL the Writ of Execution was dishonored …. A Quiet Title by Wrongful Foreclosure was required to be returned which NEVER was never supposed to be sold at the alleged auction by an unlawful Trustees Sale of the lien 'ONLY.'

(the "**Property**").

22.  The private land noted as: 2100 West 96th Street, Los Angeles, California (*de jure*) is private property, and moved to be registered under the protection of the Embassy of Calafia County, and to be returned to Affiant, due to





the findings of Exculpatory Evidence not disclosed by the Respondents, *henceforth* all debt had been settled in full. The title was required to be reversed back to the named DENT ESTATE, immediately. Affiants, the true real party with equitable interest, has valid defenses of the Respondents, as documented above, with exculpatory evidence to be viewed in chambers.

23.  The matters documented above 1-22 are hypothetical Examples and Supporting Facts of Events Leading to this Quiet Title by this Wrongful Foreclosure, by use of Faulty instruments.

24. In 2020 Petitioner Repurchased land, documented as the property.

25. The Respondents at the NOTICE OF TRUSTEE SALE only purchased a lien, and not the property.

26. The Respondents actions by use of faulty documents are documented and noted on the record.

27. As an accommodation, Respondents, with knowledge, obtained a faulty TRUSTEES DEED UPON SALE and entered this faulty claim into evidence of the STANDLY MOSK COURT HOUSE ≡ Unlawful Detainer, which is NOW **Fraud upon the Court**.

28. Petitioner's debt has been settled and paid in full, where NO VALID lien was sold or provided to the Respondents.

29. Petitioner's Insurance is current and up to date.

30. The Respondents NEVER owned or resided or lived on private land.

## VALUE OF THE PROPERTY

31. The alleged claim of balance due, $649,000.00 (*six hundred and forty-nine thousand*) was settled in full.

32. Upon information and belief, Petitioner alleges that there were no known encumbrances of record to the property.

33. Upon information and belief, Petitioner alleges that the value of the Property is estimated to be $750,000.00 (*seven hundred and fifty thousand dollars*) as of the date of this Complaint filed in good faith, given for a patent right which is in excess of the encumbrance allege of the Unlawful Detainer claim of under $10,000.00 (*ten thousand dollars*), in relation to the Property.

## CAUSE OF ACTION AS NOTED ABOVE

(Quiet Title due to Wrongful Foreclosure by Fraud In The Concealment causing Intentional Infliction Of Emotional Distress, and a Recission Against All Respondents)

34. Affiant hereby incorporates by reference the allegations contained in each paragraph above as fully set forth in full herein.





**35.** By virtue of the foregoing facts, Petitioner is entitled to a judicial declaration under oath that Respondent are the 100% owner of the Subject Property, and was NOT informed they were purchasing a lien, and not the property. Failure to comply within 21 days, renders the Unlawful Detainer **fraud in the inducement**, a felony.

**36.** Accordingly, Petitioner seeks to QUIET TITLE due to WRONGFUL FORECLOSURE, by Respondent's name alone, each liable as a felony, an organized crime, as of the date of this complaint. The public interest would be prejudiced by permitting the alleged contract to stand; such action would involve an unscrupulous lender.

## PRAYER FOR RELIEF

Wherefore, Petitioner re-alleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

Petitioner is entitled to rescind and settle the loan, which was satisfied in full, per 1. TILA VIOLATIONS; 2. Failure to provide a Mortgage Loan Origination Agreement; 3. Fraudulent Concealment; 4. Fraudulent Inducement; 5. Failure to abide by PSA and PMA; 6. Filing an illegal or fraudulent transfer by a TRUSTEE'S DEED UPON SALE in a court to obtain a faulty WRIT OF EXECUTION which is a felony.

Petitioner has a right to amend.

**WHEREFORE**, Petitioner prays for quiet title judgment as follows against all Respondents:

1. For an order quieting title to the subject property in favor of Petitioner.

2. For a judicial declaration that Respondent is the full legal and beneficial owner of the Property and validate with supporting evidence that they were NEVER disclosed they were purchasing a LIEN and NOT the property. Failure to comply validates an organized crime.

3. For attorney's fees, if allowed by law.

4. For costs of suit; and

5. For such other and further relief as the court may deem just and proper.

## VERIFICATION

I have read the foregoing VERIFIED COMPLAINT FOR QUIET TITLE BY ACTIONS OF WRONGFUL FORECLOSURE and know its contents.

The matters stated in the foregoing document are true and correct before God, of my own knowledge except, facts documented by the Trustees NOTICE OF TRUSTEE SALE, as to those matters which are stated on information and belief and, as to those matters, I believe them to be true.

I have valid defenses to the Respondents, as documented above, with exculpatory evidence to be viewed in chambers.





I seek for my deprivation of rights are not to be violated by this court, so that the case can be decided on its merits. And advised of my intent to request a hearing before We The People (common law).

I make oath and affirm before god that the information provided is true and correct and issued to all the property governmental entities that have a real interest.

Dated: 2023-09-25                              Respectfully submitted/documented into record given for a patent right.

By:    

2023-09-25    *Attorney-in-fact* for registered entity
RAMON DENT





# ATTACHMENT A

Order No. 00234112-990-TEO-MJ1

Policy No. CA-FLVE-IMP-27451-1-20-00234112

# HOMEOWNER'S POLICY OF TITLE INSURANCE
## For a one-to-four family residence

## SCHEDULE A

Name and Address of Title Insurance Company:  **Fidelity National Title Company, 3878 W Carson Street, Suite 225, Torrance, CA 90503**

Order No.: **00234112-990-TEO-MJ1**

Premium: **$1,691.00**

Policy No.: **CA-FLVE-IMP-27451-1-20-00234112**

Policy Amount: **$560,000.00**

Policy Date and Time: **February 12, 2020 at 8:00 AM**

Deductible Amounts and Maximum Dollar Limits of Liability
For Covered Risk 16, 18, 19 and 21:

| | **Your Deductible Amount** | **Our Maximum Dollar Limit of Liability** |
|---|---|---|
| Covered Risk 16: | 1.00% of Policy Amount Shown in Schedule A<br>or<br>$2,500.00<br>(whichever is less) | $ 10,000.00 |
| Covered Risk 18: | 1.00% of Policy Amount Shown in Schedule A<br>or<br>$5,000.00<br>(whichever is less) | $ 25,000.00 |
| Covered Risk 19: | 1.00% of Policy Amount Shown in Schedule A<br>or<br>$5,000.00<br>(whichever is less) | $ 25,000.00 |
| Covered Risk 21: | 1.00% of Policy Amount Shown in Schedule A<br>or<br>$2,500.00<br>(whichever is less) | $ 5,000.00 |

Street Address of the Land:
**2100 West 96th Street, Los Angeles, CA 90047**

1.   Name of Insured:

   **Ramon Dent, a married man, as his sole and separate property**

2.   Your interest in the Land covered by this Policy is:

   **A FEE**

3.   The Land referred to in this Policy is described as:

   **See Exhibit A attached hereto and made a part hereof.**

---

27451 ALTA Homeowner's Policy of Title Insurance (12-2-13)

Page 13

**Copyright American Land Title Association. All rights reserved.** The use of this Form is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.



RE 096 151 565 US



PAY TO THE ORDER OF

Fidelity National Title Company

for Wedgewood, LLC

By: *dent: ramon:*
Beneficiary



Order No. 00234112-990-TEO-MJ1

Policy No. CA-FLVE-IMP-27451-1-20-00234112

## EXHIBIT A

### LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF LOS ANGELES, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 128, OF TRACT NO. 12284, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 274 PAGE(S) 7 AND 8 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

APN: 6057-007-056

27451 ALTA Homeowner's Policy of Title Insurance (12-2-13)                                                Page 14
**Copyright American Land Title Association. All rights reserved.** The use of this Form is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.





# ATTACHMENT B

RECORDING REQUESTED BY:

CALIFORNIA TD SPECIALISTS
Attn: Teri Snyder

WHEN RECORDED MAIL TO:

CALIFORNIA TD SPECIALISTS
Attn: Teri Snyder
8190 EAST KAISER BLVD.
ANAHEIM HILLS, CA 92808

Title Order No.: 95525231
APN: 6057-007-056

Trustee Sale No.: 85648

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY
Loan No.: 399291708

# NOTICE OF TRUSTEE'S SALE

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

[PURSUANT TO CIVIL CODE 2923.3(a), THE SUMMARY OF INFORMATION REFERRED TO ABOVE IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.]

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED **2/7/2020**. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

On **2/9/2022**  at **10:30 AM**,  CALIFORNIA TD SPECIALISTS, AS TRUSTEE as the duly appointed Trustee under and pursuant to Deed of Trust recorded on **2/12/2020** as Instrument No. 20200173440 in book N/A, page N/A of official records in the Office of the Recorder of Los Angeles County, California, executed by:

RAMON DENT, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY

, as Trustor

PS FUNDING, INC., A DELAWARE CORPORATION

, as Beneficiary

WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH (payable at time of sale in lawful money of the United States, by cash, a cashier's check drawn by a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in section 5102 of the Financial Code and authorized to do business in this state).  At: Behind the fountain located in Civic Center Plaza located at 400 Civic Center Plaza, Pomona, CA 91766,

1





RE 096 151 588 US

Title Order No.:
Trustee Sale No.:    95525231
Loan No.:    85648
APN:    399291708
    6057-007-056

## NOTICE OF TRUSTEE'S SALE - continued

all right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County, California describing the land therein: LOT 128, OF TRACT NO. 12284, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 274 PAGE(S) 7 AND 8 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

The property heretofore described is being sold "as is". The street address and other common designation, if any, of the real property described above is purported to be:    2100 WEST 96TH STREET LOS ANGELES, CA 90047 .

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, if any, under the terms of the Deed of Trust, estimated fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust, to-wit:

$550,181.97 (Estimated)
Accrued interest and additional advances, if any, will increase this figure prior to sale.

The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located and more than three months have elapsed since such recordation.

DATE: 1/13/2022

CALIFORNIA TD SPECIALISTS, AS TRUSTEE, as Trustee
8190 EAST KAISER BLVD., ANAHEIM HILLS, CA 92808
PHONE: 714-283-2180
FOR TRUSTEE SALE INFORMATION LOG ON TO: www.stoxposting.com
CALL: 844-477-7869

PATRICIO S. INCE', VICE PRESIDENT

CALIFORNIA TD SPECIALISTS IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

2





Exculpatory Evidence

Title Order No.: 95525231
Trustee Sale No.: 85648
Loan No.: 399291708
APN: 6057-007-056

"**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid on a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of the outstanding lien that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and if applicable, the rescheduled time and date for the sale of this property, you may call 844-477-7869, or visit this Internet Web site www.stoxposting.com, using the file number assigned to this case T.S.# 85648. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale."

For sales conducted after January 1, 2021:
**NOTICE TO TENANT:** You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call 844-477-7869, or visit this internet website www.stoxposting.com, using the file number assigned to this case 85648 to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid; by remitting the funds and affidavit described in Section 2924m(c) of the Civil Code; so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase.

PAY TO THE ORDER OF
PS FUNDING, INC.

By: *dent: ramon:*
Beneficiary

This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

0 7 SEP 2023

Dean C. Logan
REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA



# ATTACHMENT C

# TRUSTEE'S DEED UPON SALE

CD1

TS #: 85648
Loan #: 399291708
Order #: 95525231

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with.  Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 2/9/2022. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being $649,000.00, in lawful money of the United States, in pro per, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **CALIFORNIA TD SPECIALISTS, AS TRUSTEE**, as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws.

Date: 2/9/2022

**CALIFORNIA TD SPECIALISTS, AS TRUSTEE**

By: _____
PATRICIO S. INCE', VICE PRESIDENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF California
COUNTY OF Orange

On 2/24/2022 before me, TERI SNYDER Notary Public Personally appeared, PATRICIO S. INCE', who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

(Seal)

TERI SNYDER
COMM. # 2354203
NOTARY PUBLIC • CALIFORNIA
ORANGE COUNTY
Comm. Exp. APR 11, 2025

RECORDING REQUESTED BY:
California TD Specialists
Attn: Teri Snyder

AND WHEN RECORDED TO:
AND MAIL TAX STATEMENT TO:
CDEF Investment LLC
10505 Valley Blvd Ste 346
El Monte, CA 91731
Forward Tax Statements to
the address given above

TS #: 85648
Loan #: 399291708

Order #: 95525231

SPACE ABOVE LINE FOR RECORDER'S USE

# TRUSTEE'S DEED UPON SALE

A.P.N.: 6057-007-056

Transfer Tax: 713.9

CHJ: $2920.50

The Grantee Herein was not the Foreclosing Beneficiary.
The Amount of the Unpaid Debt was $553,783.64
The Amount Paid by the Grantee was $649,000.00
Said Property is in the City of LOS ANGELES, County of Los Angeles

CALIFORNIA TD SPECIALISTS, AS TRUSTEE, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

## CDEF Investment LLC

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of Los Angeles, State of California, described as follows:

LOT 128, OF TRACT NO. 12284, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 274 PAGE(S) 7 AND 8 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by RAMON DENT, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY as Trustor, dated 2/7/2020 of the Official Records in the office of the Recorder of Los Angeles, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded on 2/12/2020, instrument number 20200173440, Book N/A, Page N/A of official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

Forward Tax Statements to the address given above

C01





85648

TS 1009

Trustee's Deed Upon Sale (CA)

RE 096 151 628 US

PAY TO THE ORDER OF

PS FUNDING, INC.

By: *dent: ramon:*
**Beneficiary**

This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

0 7 SEP 2023

Dean C. Logan
REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA



